United States District Court
Southern District of Texas

**ENTERED**

February 19, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| EDISON LEO MENDOZA CORONEL *et al.* | § § § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-230 |
| GEO GROUP, INC. *et al.* | § § § | |

## ORDER

Before the Court is Petitioners Edison Leo Mendoza Coronel, Jorge Luis Garces Chavez, and Leidis Mairith Linarez Silva's Petition for Writ of Habeas Corpus and *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause (Dkt. Nos. 1, 2). Having reviewed the pleading and given the complexity of the claims, the Court hereby **ORDERS** Respondents to file a response and serve it on Petitioners within **seven (7) days** of the date of service. The responsive pleading **must** specifically address whether this Court has jurisdiction to entertain this Petitions. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). **Given the time-sensitive nature of Petitioners' claims, no extensions will be granted**.

Pursuant to the Memorandum of Understanding dated January 29, 2026, the Court **FOREGOES** mail service. The Clerk of Court is **DIRECTED** to electronically serve the Petition for Writ of Habeas Corpus (Dkt. No. 1), *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause (Dkt. No. 2), and this Order on the Southern District of Texas's Civil Chief Daniel Hu at USATXS.CivilNotice@usdoj.gov.

Such service does not substitute for the requirements of formal service but is instead intended only to provide Respondents notice and an opportunity to be heard at

this initial juncture. **Petitioners are directed to serve Respondents in accordance with Rule 4(i) of the Federal Rules of Civil Procedure and include a copy of this Order with that service.**

It is further **ORDERED** that if Petitioners elect to file a reply, they may do so no later than **three (3) days** after Respondents file their respective answers or responses. *See* Rule 5(e) of the Rules Governing Section 2254 Proceedings.

To preserve the status quo while the Court considers this matter, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer of Petitioners outside the Southern District of Texas, Laredo Division, or any planned removal of them from the United States, **at least five (5) days before** any such transfer or removal.

Finally, Respondents will not be served further notice of activity on this docket. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

It is so **ORDERED**.

**SIGNED** February 18, 2026.

Marina Garcia Marmolejo
United States District Judge